```
Christie Lee - SBN: 224944
Law Office of Christie S. Lee
1207 13th Street - Suite 1
Modesto, CA 95354
Ph: 209-910-5291
Fax: 209-492-9356

Attorney for Juan Zuniga, Jr.
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JUAN ZUNIGA, JR,<br><br>　　　　Debtor. | Case No. 23-90078<br><br>DCN: CSL-002<br><br>Hearing Date: September 12, 2023<br>Hearing Time: 1:00 p.m.<br>Judge: Hon. Christopher D. Jaime |

## AMENDED NOTICE OF HEARING ON MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN

PLEASE TAKE NOTE THAT on September 12, 2023, at 1:00 p.m., or as soon thereafter as the matter can be heard before the Honorable Christopher D. Jaime of the above-entitled Court located at 1200 I Street, Suite 200, Modesto, California, Debtor, Juan Zuniga, Jr., have filed papers with the court to confirm his Second Amended Chapter 13 Plan pursuant to 11 U.S.C. Sections 1322, 1324 and 1325.

*The hearing previously set for August 22, 2023 at 1:00 p.m. has been cancelled.*

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

By this motion, Debtor will and hereby do seek an order granting confirmation of the plan. Debtors' motion is based upon this Notice of Hearing, the Motion, attached Declaration, and such other oral and

documentary evidence, as well as other authority and oral argument as may be presented at the hearing on this motion.

Pursuant to Local Rules, any opposition to the granting of confirmation of this amended chapter 13 plan shall be in writing, supported by written evidence, and shall be served and filed with the clerk by the responding party not less than fourteen (14) days preceding the notice or continued date of hearing. Copies of your opposition must be served on the debtor as well as the following:

>Law Office of Christie Lee
>1207 13th St., Ste. 1
>Modesto, CA 95354

>Office of the U.S. Trustee
>501 I St., Ste. 7500
>Sacramento, CA 95814

>Russell Greer
>Chapter 13 Trustee
>PO Box 3051
>Modesto, CA 95353-3051

Without good cause, no party will be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed waiver of any opposition to the granting of the Motion.

Dated: August 3, 2023

　　　　　　　　　　　　　　　　　　　　/s/ Christie S. Lee
　　　　　　　　　　　　　　　　　　　　Christie S. Lee, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor