**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 23-90078 - B - 13
Juan Zuniga, Jr.,              ) Docket Control No. CSL-2
         Debtor.               ) Document No. 43
                               ) Date: 09/12/2023
                               ) Time: 1:00 PM
                               ) Dept: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the minutes. Counsel for the Debtor shall prepare an appropriate order confirming the Chapter 13 Plan, transmit the proposed order to the Chapter 13 Trustee for approval as to form, and if so approved, the Chapter 13 Trustee will submit the proposed order to the court.

**Dated:** September 13, 2023

Christopher D. Jaime, Judge
United States Bankruptcy Court

[43] - Motion/Application to Confirm Chapter 13 Plan [CSL-2] Filed by Debtor Juan Zuniga Jr. (hlum)