Christie S. Lee, SBN 224944
Law Office of Christie S. Lee
1207 Thirteenth Street, Suite 1
Modesto, CA 95354-0934
209-910-5291
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

**Juan Zuñiga, Jr.**

Debtor(s).

Case No.: **2023-90078**

DCN: **CSL-002**

Hearing Date: September 12, 2023
Hearing Time: 1:00 p.m.
Judge: Hon. Christopher D. Jaime

### ORDER CONFIRMING PLAN

The Second Amended Chapter 13 plan filed on July 21, 2023 of the above named debtor( has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3. The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $4,000.00 are approved, $4,000.00 of which was paid prior to the filing of the petition. The balance of $0.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

The debtor has paid a total of $2,519.00 from March through July 2023 (5 payments). For unsecured claims receiving no less than a 15% dividend, upcoming plan payment shall be:

1. $430.00 per month for the next 9 months, from August 2023 to April 2024; and
2. $470.00 per month subsequent 46 months, commencing May 2024.

*[signature]* Lilian Tsang
Approved by the Chapter 13　Staff attorney for
Trustee as to form.　　　　　Russell D. Greer,　BY THE COURT
　　　　　　　　　　　　　　Ch. 13 Trustee
DATED: August 11, 2023

_____
United States Bankruptcy Judge

Dated: September 14, 2023

*[signature]*
Christopher D. Jaime, Judge
United States Bankruptcy Court